**Efren Lopez GAMBOA, Petitioner– Appellant,**

v.

**Maggie MILLER–STOUT, Respondent–Appellee.**

**No. 07–35050.**

United States Court of Appeals, Ninth Circuit.

Submitted May 20, 2008.*

Filed May 27, 2008.

Efren Lopez Gamboa, Airway Heights, WA, pro se.

Gregory J. Rosen, Esq., Office Of The Washington Attorney General, Criminal Justice Division, Olympia, WA, for Respondent–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Appeal from the United States District Court for the Western District of Washington, Thomas S. Zilly, District Judge, Presiding. D.C. No. CV–06–01143–TSZ.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

## MEMORANDUM **

Washington state prisoner Efren Lopez Gamboa appeals pro se from the district court's order dismissing his 28 U.S.C. § 2254 petition as second or successive. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

As an initial matter, we reject Lopez Gamboa's contention that 28 U.S.C. § 2244(b) does not apply to petitions challenging state prison administrative decisions. *See* 28 U.S.C. § 2244(b). Furthermore, we conclude that the district court properly dismissed Lopez Gamboa's federal habeas petition as second or successive without authorization. *See id.; Babbitt v. Woodford,* 177 F.3d 744, 745–47 (9th Cir. 1999).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

